Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN L. MUCKENHOUPT, Respondent, against AMERICAN RAILWAY EXPRESS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EDWARD MILLIGAN, Respondent, against McKESSON & ROBBINS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of M. MEFCANDANTE, Respondent, against R. HOE & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOE NETTER, Respondent, against R. T. JONES LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that under the evidence the weekly wage cannot be computed under subdivision 2 but must be computed under subdivisions 3 and 4 of section 14 of the Workmen's Compensation Law. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of ELSIE NEWKUMET, Respondent, against JACOB PINE & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PASQUALINE A. PAOLA, Respondent, against PORTER BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MARION PECORELLA, Respondent, against JOHN BARTENBACH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis, J., dissents on the ground that there is no causal relation established between the accident and the death, and that the medical treatment was not the proximate cause of the pneumonia.

In the Matter of the Claim of LAURA PAQUETTE, Respondent, against MONTEOLA HARDWOOD MILLS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of HARRY PENDOLA, Respondent, against ELBEE SHOE MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EUGENE RIFENBARK, Respondent, against